**KARIN J. IMMERGUT**, OSB # 96314
United States Attorney
District of Oregon
**STEPHEN ODELL**, OSB # 90353
Assistant United States Attorney
*steve.odell@usdoj.gov*
1000 SW 3rd Ave. Suite 600
Portland, OR  97204-2902
Telephone: 503-727-1024
Telefax: 503-727-1117
**BRADLEY GRENHAM**, OSB # 95498
Special Ass't U.S. Attorney
[E-mail currently unavailable due to court order]
Office of the Regional Solicitor
500 N.E. Multnomah St., Suite 607
Portland, OR 97232
Telephone: 503-231-6826
Telefax: 503-231-2166
  Of Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**OREGON NATURAL DESERT ASSOCIATION,**

**Plaintiff,**

**v.**

**THOMAS E. RASMUSSEN, Field Manager,
Lakeview Resource Area, SHIRLEY GAMMON,
District Manager, Lakeview District BLM,
GALE A. NORTON, Secretary, U.S. Department
of the Interior, BUREAU OF LAND
MANAGEMENT, and U.S. DEPARTMENT OF
THE INTERIOR,**

**Defendants.**

---

**Civil No. 05-1616-AS**

**STIPULATION &
ORDER RE: ONDA'S MOTION
ATTORNEY FEES & COSTS**

Plaintiff Oregon Natural Desert Association ("ONDA") and Defendants in the above-

captioned action (collectively, "Parties") hereby submit and respectfully request that the Court

Page 1 - STIPULATION & [PROPOSED] ORDER RE: ONDA'S MOTION FOR ATTORNEY FEES & COSTS

approve this stipulation memorializing their agreement providing for disposition of ONDA's

Motion for Attorney Fees and Costs (Dkt. #99). Specifically, the Parties stipulate as follows:

1. On December 12, 2006, the Court entered a final Judgment (Dkt. #93) in which it

dismissed this action with prejudice, from which Defendants filed an appeal to the U.S. Court of

Appeals to the Ninth Circuit (Dkt. #95). On June 25, 2007, Defendants dismissed their appeal.

On July 20, 2007, ONDA filed its motion for attorney fees and costs. ONDA and Defendants

have been engaged in settlement negotiations designed to resolve the issues raised by the motion

in the absence of further litigation. Recently, the Parties agreed on the terms of a settlement

agreement. This stipulation serves to memorialize and formalize their agreement.

2. Defendants will pay to ONDA the sum of $50,000.00 as the full amount due and

owing and in complete satisfaction of any obligations Defendants may have to compensate

ONDA for the expenditures it has made or has yet to make for attorney fees, expenses, and costs

related to this case, including but not limited to the expenditures for which it seeks

reimbursement in its pending motion and, in consideration of this payment, ONDA releases

Defendants from any and all liability for any such obligations. ONDA agrees that, in the event

that future court challenges are made to any subsequent decision of Defendants, no application

for fees, costs, or expense recovery will include time, costs, or expenses which have been sought

or could have been sought with respect to this litigation. Following the Court's approval of this

stipulation, Defendants will promptly initiate the process for securing payment of the above-

referenced sum and their counsel will provide documentation (via letter, fax, or e-mail) to

ONDA's counsel advising of the initiation of that process. Defendants shall make the above-

referenced payment electronically to ONDA via direct deposit to the bank account it holds that

its counsel will identify to Defendants' counsel.

3.  ONDA hereby withdraws its motion for attorney fees and costs.

4.  The fact that the Parties are entering into this stipulation does not constitute, and shall

not be construed, as an admission or concession on the part of either ONDA or Defendants with

respect to any issues related to the claims ONDA has presented in its motion for attorney fees

and costs in this case.

5.  The Parties respectfully request that the Court approve this stipulation by signing on

the signature block below provided for that purpose.

DATED this 31st day of August 2007.

> Respectfully submitted,
>
> KARIN J. IMMERGUT
> United States Attorney
> District of Oregon
> STEPHEN ODELL
> Assistant United States Attorney
> OSB # 90353
> (503) 727-1024

/s/ Kristin F. Ruether_____          /s/ Bradley Grenham_____
KRISTIN F. RUETHER                              BRADLEY GRENHAM
Oregon Natural Desert Association               Special Assistant United States Attorney
OSB #05368                                      OSB #95498
(503) 525-0193                                  (503) 231-6826
  Of Attorneys for Plaintiff                      Of Attorneys for Defendants


Having reviewed and approved of the foregoing stipulation of the parties, IT IS SO

ORDERED this 6th day of Sep. _____ 2007.

MICHAEL W. MOSMAN
United States District Judge

Page 3 - STIPULATION & [PROPOSED] ORDER RE: ONDA'S MOTION FOR ATTORNEY FEES & COSTS